FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA L. BECK,<br><br>Defendant. | No. 1:18-PO-08248-MKD-1<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS CASE<br><br>**ECF No. 4** |

On Friday, November 16, 2018, Defendant made her initial appearance on a violation notice (Violation No. 6310757). Defendant appeared with her attorney Thomas Bothwell. United States Attorney's Office Intern Andrew Filak represented the United States, along with Assistant United States Attorney Ian Garriques. The parties moved for the Court's acceptance of a pretrial diversion agreement, which the Court granted in another order. Accordingly,

IT IS HEREBY ORDERED:

1. The Motion to Dismiss Case (**ECF No.** 4) is **DENIED AS MOOT**.

DATED November 19, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1