FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA L. BECK,<br><br>Defendant. | No. 1:18-PO-08248-MKD-1<br><br>ORDER GRANTING MOTION TO DISMISS CASE WITH PREJUDICE<br><br>**ECF No. 14** |

Before the Court is the United States' Motion to Dismiss Case with Prejudice (ECF No. 14). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Dismiss Case with Prejudice (**ECF No. 14**) is **GRANTED**.

2. This case shall be **DISMISSED WITH PREJUDICE.**

3. The District Court executive is directed to file this order, provide copies to counsel, and close the file.

DATED November 14, 2019.

                            *s/Mary K. Dimke*
                            MARY K. DIMKE
              UNITED STATES MAGISTRATE JUDGE

ORDER - 1